UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DARRELL MORGAN (#112746)

VERSUS

JAMES M. LEBLANC, ET AL

CIVIL ACTION

NO. 12-413-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection was filed[2]:

The Court finds that plaintiff's complaint shall be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and (2), and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert consistent with the facts alleged in his complaint.

IT IS SO ORDERED.

Baton Rouge, Louisiana, this 25th day of October, 2012.

F. J. POLOZOLA
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA
by JAMES J. BRADY
U.S.D.J.

---

[1] Rec. Doc. No. 10.

[2] Rec. Doc. No. 11.

Doc#48016